McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
DEBORAH STACHEL
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone No. (415)977-8939
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BALWANT DHALIWAL, | ) | 1:06-01137-LJO |
| Plaintiff, | ) | |
| | ) | STIPULATION AND PROPOSED |
| v. | ) | ORDER TO EXTEND TIME |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties, through their respective counsel, stipulate that the time for defendant's response to plaintiff's confidential letter be extended from December 27, 2006 to January 26, 2007.

//
//
//
//
//
//
//
//

This is defendant's first request for an extension of time to respond to plaintiff's confidential letter.  Defendant seeks the additional time in order to further review the file and prepare a response in this matter.

              Respectfully submitted,

Dated: December   , 2006   /s/ Henry Reynolds
               (As authorized via facsimile)
               HENRY REYNOLDS
               Attorney for Plaintiff


Dated: December   , 2006   McGREGOR W. SCOTT
               United States Attorney
               KRISTI C. KAPETAN
               Assistant U.S. Attorney


               /s/ Deborah Stachel
               DEBORAH STACHEL
               Special Assistant U.S. Attorney

  IT IS SO ORDERED.

**Dated:   December 27, 2006**    **/s/ Lawrence J. O'Neill**
66h44d             UNITED STATES MAGISTRATE JUDGE