McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
Federal Building
2500 Tulare St., Ste 4401
Fresno, California 93721
Telephone Number (559) 497-4000
Fax Number (559) 497-4099

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALWANT DHALIWAL,<br><br>        Plaintiff,<br><br>        v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | 1:06-cv-1137 LJO<br><br>STIPULATION AND ORDER<br>FOR REMAND PURSUANT TO<br>SENTENCE FOUR OF 42 U.S.C.<br>§ 405(g), and<br><br>REQUEST FOR ENTRY OF JUDGMENT<br>IN FAVOR OF PLAINTIFF AND<br>AGAINST DEFENDANT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Counsel will direct an Administrative Law Judge take the following action:

1. Evaluate all of the claimant's impairments and limitations;
2. Consider all of the opinion evidence and provide rationale for accepting or rejecting the opinion evidence; and,
3. Obtain vocational expert evidence as appropriate.

1  The parties further request that the Clerk of the Court be
2 directed to enter a final judgment in favor of Plaintiff and against
3 Defendant, Jo Ann B. Barnhart, Commissioner of Social Security,
4 reversing the final decision of the Commissioner.

5                                        Respectfully submitted,

6
   Dated: January 17, 2007         /s/ Henry Reynolds
7                                  (As authorized via facsimile)
                                   HENRY REYNOLDS
8                                  Attorney for Plaintiff

9
   Dated: January 18, 2007         McGREGOR W. SCOTT
10                                 United States Attorney

11
                                   /s/ Kristi C. Kapetan
12                                 KRISTI C. KAPETAN
                                   Assistant U.S. Attorney
13 IT IS SO ORDERED.

14 **Dated:   January 19, 2007**              **/s/ Lawrence J. O'Neill**
   b9ed48                             UNITED STATES MAGISTRATE JUDGE