McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DEBORAH LEE STACHEL, SBN 230138
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    Telephone:  415-977-8943
    Fax:   415-744-0134
    E-mail: Deborah.Stachel@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| BALWANT DHALIWAL,            )<br>                                               )<br>    Plaintiff,                   )<br>                                               )<br>        v.                             )<br>                                               )<br>LINDA S. McMAHON[1],           )<br>Acting Commissioner of          )<br>Social Security,                      )<br>                                               )<br>    Defendant.                 )<br>_____) | CIVIL NO. 1:06-01137-LJO<br><br>STIPULATION AND ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d)) AND COSTS (28 U.S.C. § 1920) |

     IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the approval of the Court, that counsel for Plaintiff be awarded attorney fees under the Equal Access to Justice Act in the amount of TWO THOUSAND EIGHTY SEVEN DOLLARS AND NO CENTS (**$2,087.00**) and costs in the amount of THREE HUNDRED FIFTY DOLLARS AND NO CENTS (**$350.00**).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action for services performed before the district court in accordance

---

[1] On January 20, 2007, Linda S. McMahon became the Acting Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Linda S. McMahon should be substituted, therefore, for Commissioner Jo Anne B. Barnhart as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  with 28 U.S.C. §§ 1920 and 2412(d).

2       This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees and costs incurred in this action under EAJA.

      The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

Respectfully submitted,

Dated: *February 9, 2007*        */s/ Henry Reynolds*
*(As authorized by facsimile on February 9, 2007)*
HENRY REYNOLDS
Attorney for Plaintiff

Dated: *February 9, 2007*        McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

      */s/ Deborah Lee Stachel*
DEBORAH LEE STACHEL
Special Assistant U.S. Attorney

      IT IS SO ORDERED.

**Dated:   February 13, 2007**        **/s/ Dennis L. Beck**
3b142a       UNITED STATES MAGISTRATE JUDGE